**SETTLEMENT AGREEMENT AND RELEASE**

This Agreement is among Angel Rodriguez Ramos, Jose Luis Munguia, Moises Maldonado, Juan Francisco Martinez, Jose Paz Reyes, Elio Lima, Jose Granados, Elmer Zamora, Rudhy Orellana, Pedro Ramirez and Dimas Gonzalez ("Plaintiffs") and Parkinson Construction Company, Inc. ("PCCI"), Nigel Parkinson ("Parkinson"), Governor's Hotel, Inc. ("GHI") and Governor's Hotel Company LP ("GHC")(collectively, "Defendants").

    WHEREAS, Plaintiffs sued Defendants in Civil Case No. 1:15-cv-00633 (TSC) (the "Lawsuit"); and

    WHEREAS, Plaintiffs and Defendants wish to resolve the Lawsuit without further litigation.

    THEREFORE, in consideration of the promises set forth below, the Parties hereby agree as follows:

1. The un-numbered paragraphs above are incorporated herein by reference.

2. This Agreement is contingent upon Court approval of the settlement of the claims under the Fair Labor Standards Act, 29 U.S.C. § 216.

3. Defendants shall pay Plaintiffs the amount of Two Hundred Three Thousand Six Hundred and Ninety-six Dollars and Forty-five Cents ($203,696.45) (the "Settlement Payment").
   a. The Settlement Payment is for all amounts sought by Plaintiffs in the Lawsuit, including but not limited to all unpaid overtime wages and liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §216, and the Maryland Wage Hour Law, Md. Code, Lab & Empl. Art., 3-507.2, and all trebling of unpaid overtime wages and unpaid regular wages under the Wage Payment Collection Law, Md. Code, Lab. & Empl. Art., 3-507.2; prejudgment interest; reasonable attorneys' fees and expense; and court costs.
   b. Defendants shall pay the Settlement Payment in three payments, in certified checks payable to the Law Office of Justin Zelikovitz PLLC ("Zelikovitz"), as follows: (1) Sixty-three Thousand Six Hundred Ninety-six Dollars and Forty-five Cents ($63,696.45) ("First Payment"). Defendants shall deliver the First Payment to Zelikovitz prior to execution of this Agreement. Zelikovitz shall hold the First Payment in escrow and shall only disburse funds to each Plaintiff as each Plaintiff executes this Agreement; (2) Seventy-Five Thousand Dollars ($75,000.00)("Second Payment") on January 30, 2016 and (3) Sixty-five Thousand Dollars ($65,000.00)("Third Payment") on February 29, 2016. Zelikovitz shall distribute each of the Payments as follows:

| Name | Total payments | 1st Payment (Signing) | 2nd Payment (1/30) | 3rd Payment (2/29) |
|---|---|---|---|---|
| Angel Rodriguez | $ 6,885.00 | $2,601.00 | $2,295.00 | $1,989.00 |
| Juan Francisco Martinez | $ 12,189.00 | $2,115.84 | $5,396.33 | $4,676.82 |
| Elio Lima | $ 8,445.60 | $3,190.56 | $2,815.20 | $2,439.84 |
| Luis Munguia | $ 17,153.00 | $6,480.02 | $5,717.67 | $4,955.31 |
| Moises Maldonado | $ 7,735.00 | $2,922.11 | $2,578.33 | $2,234.56 |
| Jose Paz Reyes | $ 4,998.00 | $1,888.13 | $1,666.00 | $1,443.87 |
| Rudy Orellana | $ 11,156.25 | $4,214.58 | $3,718.75 | $3,222.92 |
| Pedro Ramirez | $ 4,862.00 | $1,836.76 | $1,620.67 | $1,404.58 |
| Elmer Zamora | $ 11,560.00 | $4,367.11 | $3,853.33 | $3,339.56 |
| Dimas Gonzalez | $ 10,281.60 | $1,395.27 | $4,760.53 | $4,125.80 |
| Jose Granados | $ 14,161.00 | $2,860.82 | $6,053.67 | $5,246.51 |
| **Attorneys' Fees and Costs** | **$94,270.00** | **$29,824.24** | **$34,524.52** | **$29,921.25** |
| **Totals** | **$203,696.45** | **$63,696.45** | **$75,000.00** | **$65,000.00** |

   c. Plaintiffs acknowledge that the amounts they each receive under the Settlement Payment are a multiple of the alleged unpaid overtime wages, and that of this amount, Ninety-four Thousand Two Hundred and Seventy Dollars ($94,270.00) are the attorneys' fees for the Law Office of Justin Zelikovitz PLLC.

   d. Plaintiffs and Defendants (collectively "Parties") genuinely dispute the amounts that are owed in the Lawsuit, and agree that the Settlement Payment is a reasonable compromise that gives Plaintiffs their alleged unpaid overtime wages and liquidated damages under the Fair Labor Standards Act.

4. Upon execution of this agreement, the Parties, through their respective counsel, shall execute and file the attached Joint Motion for Approval of Settlement and Dismissal of the Lawsuit with Prejudice in the United States District Court for the District of Columbia.

5. Plaintiffs hereby release Defendants from any and all charges, claims, damages, injury and actions, in law or equity, which Plaintiffs ever had, now has, or may have arising out of or pertaining to any of the claims set forth in the Lawsuit.

6. Plaintiffs acknowledge that the Settlement Payment is the only payment of any kind that they are entitled to under this Settlement Agreement and Release or any other source of obligation.

7. Defendants agree that if they do not make and timely deliver the Second Payment or Third Payment as described in Paragraph 3b, Plaintiffs shall be entitled to the actual attorneys' fees and costs incurred in collecting these payments. Such attorneys' fees shall be calculated

    according to the current "Laffey Matrix" published by the United States Attorney's Office for the District of Columbia.

8. Upon execution of this agreement, the Parties will not initiate any discussion of this settlement or its terms with any third parties. If asked about the dispute, the Parties agree to respond that "the matter has been resolved." Nothing in this provision restricts the Plaintiffs from exercising their rights under Section 7 of the National Labor Relations Act.

9. By entering into this Agreement, the Plaintiffs and Defendants admit no wrongdoing or liability with respect to any of the claims or allegations in the Lawsuit, and this Agreement shall not be construed to be an admission or concession of liability or wrongdoing on either party's part. The Parties are entering into this Agreement solely to avoid the cost and burden of litigation.

10. This Agreement shall be governed by, construed and enforced in accordance with the laws of the District of Columbia, without reference to its choice of law rules.

11. This Agreement constitutes the entire and integrated agreement between the Parties with respect to the subject matter hereof, and supersedes all prior negotiations, correspondences, understandings, and agreements among the Parties regarding the subject matter hereof. All Parties acknowledge that they have read this Agreement, have been represented by independent counsel in connection with the negotiation and drafting of this Agreement, understand its terms, and agree to be bound by the Agreement.

Date: _____     _____
                                                                                     Parkinson Construction Company, Inc.

                                                                                      By: _____

                                                                                      Its: _____

Date: _____     _____
                                                                                    Nigel Parkinson

Date: _____     _____
                                                                                   Governor's Hotel, Inc.

                                                                                    By: _____

                                                                                    Its: _____

Date: _____          _____
                                        Governor's Hotel Company LP

                                        By: _____

                                        Its: _____


Date: _____          _____
                                        Angel Rodriguez Ramos

Date: _____          _____
                                        Jose Luis Munguia

Date: _____          _____
                                        Moises Maldonado

Date: _____          _____
                                        Juan Francisco Martinez

Date: _____          _____
                                        Jose Paz Reyes

Date: _____          _____
                                        Elio Lima

Date: _____          _____
                                        Jose Granados

Date: _____          _____
                                        Elmer Zamora

Date: _____          _____
                                        Rudhy Orellana

Date: _____          _____
                                        Pedro Ramirez

Date: _____          _____
                                        Dimas Gonzalez