# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL RODRIGUEZ RAMOS, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PARKINSON CONSTRUCTION COMPANY, INC., et al.<br><br>　　　　Defendants. | Civil Action No. 1:15-cv-00633-TSC |

## ORDER

Upon consideration of Plaintiffs' and Defendants' Joint Motion for Approval of Settlement and Dismissal of Lawsuit with Prejudice (ECF No. 19), and for the reasons set forth in the Settlement Hearing held on December 18, 2015, it is hereby:

**ORDERED,** that Plaintiffs' and Defendants' Joint Motion for Approval of Settlement and Dismissal of Lawsuit with Prejudice is GRANTED; and it is further

**ORDERED,** that the settlement agreement negotiated between the parties is APPROVED; and it is further

**ORDERED,** that the above captioned case is hereby DISMISSED with prejudice.

Date:  December 18, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge